# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WASHINGTON D.C.

| | |
|---|---|
| Stephen Thaler, an individual, 1767 Waterfall Dr., St. Charles, MO 63303,<br><br>*Plaintiff*,<br><br>v.<br><br>Shira Perlmutter, in her official capacity as Register of Copyrights and Director of the United States Copyright Office; and The United States Copyright Office, 101 Independence Ave., S.E., Washington, D.C. 20559-6000,<br><br>*Defendants*. | Case No.  1:22-cv-01564<br><br>**ERRATA** |

Plaintiff Stephen Thaler ("Dr. Thaler") respectfully submits the following errata, along with his corrected Complaint in this matter. Dr. Thaler inadvertently left out his and Defendants' addresses in the original complaint. The corrected complaint is submitted as **Exhibit A**.

/ / /

/ / /

/ / /

1

Dated: June 3, 2022            **BROWN, NERI, SMITH & KHAN LLP**

By:    /s/ Geoffrey A. Neri
      Geoffrey A. Neri, Esq. (CA00125)
      Ryan Abbott, Esq. (*applying pro hac vice*)
      11601 Wilshire Blvd, Ste. 2080
      Los Angeles, CA 90025
      Phone: (310) 593-9890
      Fax: (310) 593-9980
      Geoff@bnsklaw.com
      Ryan@bnsklaw.com

      Attorneys for Plaintiff