# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WASHINGTON D.C.

| | |
|---|---|
| Stephen Thaler, an individual<br><br>*Plaintiff*,<br><br>v.<br><br>Shira Perlmutter, in her official capacity as Register of Copyrights and Director of the United States Copyright Office; and The United States Copyright Office;<br><br>*Defendants*. | Case No. 1-22-cv-01564<br><br>**PROOF OF SERVICE OF COMPLAINT AND SUMMONS ON DEFENDANT SHIRA PERLMUTTER** |

Plaintiff Stephen Thaler submits this proof of service for Defendant Shira Perlmutter, in her official capacity as Register of Copyrights and Director of the United States Copyright Office, pursuant to Fed. R. Civ. P. 4(i). Attached as **Exhibit A** is the proof of personal service as executed by Joseph Koniowsky on July 27, 2022. As indicated in Exhibit A, copies of the Summons, Complaint, Errata, Standing Order, and Notice of Right Consent To Trial Before a United States Magistrate Judge were personally served. Attached as **Exhibit B**, is the Declaration of Emily McCanna indicating the mailing of those same documents via certified mail on August 24, 2022.

Dated: August 30, 2022                                **BROWN, NERI, SMITH & KHAN LLP**

By: ____/s/ Geoffrey A. Neri_____
   Geoffrey A. Neri, Esq. VSB No. 72219
   Ryan Abbott, Esq. (*applying pro hac vice*)
   11601 Wilshire Blvd, Ste. 2080
   Los Angeles, CA 90025
   Phone: (310) 593-9890
   Fax: (310) 593-9980
   Geoff@bnsklaw.com
   Ryan@bnsklaw.com

   Attorneys for Plaintiff