# EXHIBIT A

| Attorney or Party without Attorney:<br>Geoffrey A. Neri (SBN 00125)<br>BROWN, NERI, SMITH AND KHAN LLP<br>11601 Wilshire Blvd Suite 2080<br>Los Angeles, CA 90025<br>Telephone No: 310-593-9890<br><br>Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF WASHINGTON D.C. | | |
| Plaintiff: Stephen Thaler, an individual; et al.<br>Defendant: Shira Perlmutter, in her official capacity as Register of Copyrights and Director of the United States Copyright Office; et al. | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:22-cv-01564-BAH |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Errata; Standing Order For Civil Cases; Notice Of Right To Consent To Trial Before A United States Magistrate Judge

3. a. Party served: Shira Perlmutter, in her official capacity as Register of Copyrights and Director of the United States Copyright Office
   b. Person served: John Saint Amour, Assistant Head of Public Information Authorized to Accept Service served under F.R.C.P. Rule 4.

4. Address where the party was served: 101 Independence Ave, S.E, Washington, DC 20559

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Jul 26 2022 (2) at: 03:27 PM

6. **Person Who Served Papers:**
   a. Joseph Koniowsky
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111
   d. The Fee for Service was: $307.70

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

07/27/2022
(Date)

(Signature)



PROOF OF SERVICE

7408564
(5045589)