# EXHIBIT A

| Attorney or Party without Attorney:<br>Geoffrey A. Neri (SBN 00125)<br>BROWN, NERI, SMITH AND KHAN LLP<br>11601 Wilshire Blvd Suite 2080<br>Los Angeles, CA 90025<br>Telephone No: 310-593-9890 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF WASHINGTON D.C. | | | | |
| Plaintiff: Stephen Thaler, an individual; et al.<br>Defendant: Shira Perlmutter, in her official capacity as Register of Copyrights and<br>Director of the United States Copyright Office; et al. | | | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:22-cv-01564-BAH |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Errata; Standing Order For Civil Cases; Notice Of Right To Consent To Trial Before A United States Magistrate Judge

3. *a. Party served:*  The United States Copyright Office
   *b. Person served:*  John Saint Amour, Assistant Head of Public Information Authorized to Accept Service
   *served under F.R.C.P. Rule 4.*

4. *Address where the party was served:*  101 Independence Ave, S.E, Washington, DC 20559

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Jul 26 2022 (2) at: 03:27 PM

6. *Person Who Served Papers:*
   a. Joseph Koniowsky
   **b. FIRST LEGAL**
    1517 W. Beverly Blvd.
    LOS ANGELES, CA 90026
   c. (213) 250-1111

   **d. *The Fee* for Service was:** $166.45

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

07/27/2022

*(Date)*                    *(Signature)*



**PROOF OF
SERVICE**

7408573
*(5045594)*