# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WASHINGTON D.C.

| | |
|---|---|
| Stephen Thaler, an individual<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br>Shira Perlmutter, in her official capacity as Register of Copyrights and Director of the United States Copyright Office; and The United States Copyright Office;<br><br>　　　　　*Defendants*. | Case No. 1-22-cv-01564<br><br><br>**PROOF OF SERVICE OF COMPLAINT AND SUMMONS ON THE UNITED STATES ATTORNEY GENERAL** |

Plaintiff Stephen Thaler submits this proof of for service on the United States Attorney General Merrick Garland, pursuant to Fed. R. Civ. P. 4(i). Attached as **Exhibit A** is the Declaration of Emily McCanna indicating service of the Summons, Complaint, Errata, Standing Order, and Notice of Right Consent To Trial Before a United States Magistrate Judge, on the Attorney General via certified mail on July 26, 2022.

Dated: August 30, 2022  **BROWN, NERI, SMITH & KHAN LLP**

By: ____/s/ Geoffrey A. Neri_____
Geoffrey A. Neri, Esq. VSB No. 72219
Ryan Abbott, Esq. (*applying pro hac vice*)
11601 Wilshire Blvd, Ste. 2080
Los Angeles, CA 90025
Phone: (310) 593-9890
Fax: (310) 593-9980
Geoff@bnsklaw.com
Ryan@bnsklaw.com

Attorneys for Plaintiff