# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WASHINGTON D.C.

| | |
|---|---|
| Stephen Thaler, an individual<br><br>*Plaintiff*,<br><br>v.<br><br>Shira Perlmutter, in her official capacity as Register of Copyrights and Director of the United States Copyright Office; and The United States Copyright Office;<br><br>*Defendants*. | Case No. 1-22-cv-01564<br><br>**DECLARATION OF EMILY MCCANNA** |

1

## DECLARATION OF EMILY MCCANNA

I, Emily McCanna, declare:

1.      I am a resident of California, above the age of 18, and my business address is 11601 Wilshire Blvd., Ste. 2080, Los Angeles, CA 90025. I have personal knowledge of the facts set forth below, and if called to testify, I could and would competently testify to them.

2.      On July 26, 2022, I sent copies of the Summons (ECF 4), Complaint (ECF 2-1), Errata (ECF 2), Standing Order (ECF 5), and Notice of Right Consent To Trial Before a United States Magistrate Judge (ECF 4-1) to Merrick Garland, Office of the Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington, D.C. 20530-0001, via certified U.S. Mail. The tracking number for that mailing is 70210950000163445258.

3.      On August 24, 2022, I sent copies of the Summons (ECF 4), Complaint (ECF 2-1), Errata (ECF 2), Standing Order (ECF 5), and Notice of Right Consent To Trial Before a United States Magistrate Judge (ECF 4-1) to Shira Perlmutter, Register of Copyrights and Director of the United States Copyright Office, 101 Independence Ave. S.E., Washington, D.C. 20559-6000, via certified U.S. Mail. The tracking number for that mailing is 70210950000163445272.

4.      On August 24, 2022, I sent copies of the Summons (ECF 4), Complaint (ECF 2-1), Errata (ECF 2), Standing Order (ECF 5), and Notice of Right Consent To Trial Before a United States Magistrate Judge (ECF 4-1) to the United States Copyright Office, 101 Independence Ave. S.E., Washington, D.C. 20559-6000, via certified U.S. Mail. The tracking number for that mailing is 70210950000163445264.

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 29, 2022, at Los Angeles, California.

_____
Emily McCanna