AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Steven Thaler ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 22-1564 |
| Shira Perlmutter, Register of Copyrights ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Shira Perlmutter, Register of Copyrights and Director of the United States Copyright Office, et al.  .

Date: 09/26/2022

/s/ Jenna Munnelly
*Attorney's signature*

Jenna Munnelly
*Printed name and bar number*

1100 L St. NW
Room 8408
Washington, DC 20530
*Address*

jenna.e.munnelly@usdoj.gov
*E-mail address*

(202) 616-1061
*Telephone number*

(202) 307-0345
*FAX number*