# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WASHINGTON D.C.

| | |
|---|---|
| Stephen Thaler, an individual<br><br>　　　　　　*Plaintiff*,<br><br>　v.<br><br><br>Shira Perlmutter, in her official capacity as Register of Copyrights and Director of the United States Copyright Office; and The United States Copyright Office;<br><br>　　　　　　*Defendants*. | Case No. 1-22-cv-01546<br><br>**JOINT STIPULATION RE BRIEFING SCHEDULE** |

1

Plaintiff Stephen Thaler ("Plaintiff") and Defendants Shira Perlmutter, in her official capacity as Register of Copyrights and Director of the United States Copyright Office and The United States Copyright Office ("Defendants"), by and through their attorneys of record, hereby stipulate on a briefing schedule as follows:

1. Filing of Administrative Record – November 8, 2022
2. Opening Cross-Summary Judgment Briefs – January 10, 2023
3. Responses – February 7, 2023
4. Replies – March 7, 2023

IT IS SO STIPULATED.

Dated: October 11, 2022                                      **BROWN, NERI, SMITH & KHAN LLP**

                                                             By: ____/s/ Geoffrey A. Neri_____
                                                             Geoffrey A. Neri, Esq. VSB No. 72219
                                                             Ryan Abbott, Esq. (*applying pro hac vice*)
                                                             11601 Wilshire Blvd, Ste. 2080
                                                             Los Angeles, CA 90025
                                                             Phone: (310) 593-9890
                                                             Fax: (310) 593-9980
                                                             Geoff@bnsklaw.com
                                                             Ryan@bnsklaw.com

                                                             Attorneys for Plaintiff

|  |  |
|---|---|
|  | BRIAN M. BOYTON<br>Principal Deputy Assistant Attorney General |
|  | GARY L. HAUSKEN<br>Director |
|  | s/ Jenna Munnelly<br>JENNA MUNNELLY<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division |
| Of Counsel:<br>SCOTT D. BOLDEN<br>Department of Justice | Department of Justice<br>Washington, DC 20530<br>Email: jenna.e.munnelly@usdoj.gov<br>Telephone:   (202) 616-1061 |
|  | *Counsel for Defendants* |