## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STEPHEN THALER, an individual,

        Plaintiff,

vs.

SHIRA PERLMUTTER, in her official capacity as Register of Copyright and Director of the United States Copyright Office; and THE UNITED STATES COPYRIGHT OFFICE,

        Defendants.

Civil Action No. 22-1564 (BAH)

Chief Judge Beryl A. Howell

### NOTICE OF FILING ADMINISTRATIVE RECORD

Pursuant to the Court's October 12, 2022 Order, Defendants submit the following Administrative Record and certification of the Record.

### Index of U.S. Copyright Office Administrative Record

| Ex. No. | Title | Date | Description | Bates Range |
|---|---|---|---|---|
| Ex. A | Declaration of Mark Gray | 11/3/2022 | Certification of Administrative Record | N/A |
| Ex. B | "A Recent Entrance to Paradise" Application | 11/3/2018 | Copyright application | US_0000001-US_0000003 |
| Ex. C | "A Recent Entrance to Paradise" Deposit | 11/3/2018 | Deposit submitted to Copyright Office | US_0000004 |
| Ex. D | "A Recent Entrance to Paradise" Initial Refusal Letter | 8/12/2019 | Refusal Letter sent by Copyright Office | US_0000005-US_0000007 |

| Ex. E | "A Recent Entrance to Paradise" First Reconsideration Request | 9/23/2019[1] | First Request for Reconsideration submitted by applicant | US_0000008-US_0000018 |
|---|---|---|---|---|
| Ex. F | "A Recent Entrance to Paradise" Refusal of First Request for Reconsideration | 3/30/2020 | Refusal Letter sent by Copyright Office | US_0000019-US_0000021 |
| Ex. G | "A Recent Entrance to Paradise" Second Reconsideration Request | 5/27/2020 | Second Request for Reconsideration submitted by applicant | US_0000022-US_0000030 |
| Ex. H | "A Recent Entrance to Paradise" Refusal of Second Request for Reconsideration | 2/14/2022 | Refusal letter sent by Copyright Office Review Board | US_0000031-US_0000037 |

Respectfully submitted,

BRIAN M. BOYTON
Principal Deputy Assistant Attorney General

GARY L. HAUSKEN
Director

s/ Jenna Munnelly
JENNA MUNNELLY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email: jenna.e.munnelly@usdoj.gov
Telephone:     (202) 616-1061

*Counsel for Defendants*

Of Counsel:
SCOTT D. BOLDEN
Department of Justice

Dated:  November 8, 2022

---

[1] The top of the First Request for Reconsideration, US_0000009, is dated September 8, 2019, but the attorney's signature block, US_0000016 has a date of September 23, 2019.