IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN THALER, an individual,<br><br>    Plaintiff,<br><br> v.<br><br>SHIRA PERLMUTTER, in her official capacity as Register of Copyright and Director of the United States Copyright Office; and THE UNITED STATES COPYRIGHT OFFICE,<br><br>    Defendants. | Civil Action No. 22-1564 (BAH)<br><br>Chief Judge Beryl A. Howell |

### DECLARATION OF MARK T. GRAY

I, Mark T. Gray, make the following declaration.

1. I am employed by the United States Copyright Office as Assistant General Counsel. In this capacity, I supervised the compilation of and reviewed the Administrative Record relating to Service Request 1-7100387071 for a work titled "A Recent Entrance to Paradise."

2. To the best of my knowledge, the attached documents numbered consecutively from US_0000001 through US_0000037 constitute the true and correct Administrative Record appropriate to the allegations in the Complaint filed in the above-captioned matter.

3. The attached Index describes the contents of the Administrative Record.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of November, 2022.

*Mark Gray*
Mark T. Gray
Assistant General Counsel
U.S. Copyright Office