**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-7100387071

## Mail Certificate

Steven Thaler
1767 Waterfall Dr.
St. Charles, MO 63303 United States

**Priority:**   Routine            **Application Date:**   November 03, 2018
**Note to C.O.:** Please note this artwork was autonomously created by a computer algorithm running on a machine called the "Creativity Machine". We are seeking to register this computer-generated work as a work-for-hire to the owner of the Creativity Machine.

## Correspondent

**Name:**   Ryan Abbott
**Email:**   drryanabbott@gmail.com
**Address:**   Frank Whittle Building
02 AB 05
Guildford GU27XH United Kingdom

Registration Number

# *-APPLICATION-*

**Registration Decision Date:**
May 19, 2019

## Title

| | |
|---|---|
| **Title of Work:** | A Recent Entrance to Paradise |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | May 25, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Creativity Machine |
| **Author Created:** | 2-D artwork, Created autonomously by machine |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Steven Thaler<br>1767 Waterfall Dr., St. Charles, MO, 63303, United States |
| **Transfer statement:** | Ownership of the machine |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Steven Thaler |
| **Email:** | sthaler@imagination-engines.com |

## Certification

| | |
|---|---|
| **Name:** | Ryan Abbott |
| **Date:** | November 03, 2018 |

Page 1 of 2

**Correspondence:**   Yes

US_0000003