

US_0000004