IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WASHINGTON D.C.

| | |
|---|---|
| STEPHEN THALER,<br><br>Plaintiff,<br><br>v.<br><br>SHIRA PERLMUTTER, Register of Copyrights and Director of the United States Copyright Office, et al.,<br><br>Defendants. | Civil Action No. 22-1564 (BAH)<br><br>Chief Judge Beryl A. Howell |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of attorney Ryan Abbott, Esq. *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Ryan Abbott, Esq., filed herewith. As set forth in Mr. Abbott's declaration, he is admitted and an active member in good standing with the California Bar, as well as the New York Bar. This motion is supported and signed by Geoffrey A. Neri, Esq., an active and sponsoring member of the Bar of this Court.

Dated this 11th day of November 2022.

Respectfully submitted,

    /s/ Geoffrey A. Neri
Geoffrey A. Neri, Esq. (VSB No. 72219)
Ryan Abbott, Esq. (*applying pro hac vice*)
11601 Wilshire Blvd, Ste. 2080
Los Angeles, CA 90025
Phone: (310) 593-9890
Fax: (310) 593-9980
Geoff@bnsklaw.com
Ryan@bnsklaw.com
Attorneys for Plaintiff