IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WASHINGTON D.C.

| | |
|---|---|
| STEPHEN THALER,<br><br>        Plaintiff,<br><br>        v.<br><br>SHIRA PERLMUTTER, Register of Copyrights and Director of the United States Copyright Office, et al.,<br><br>        Defendants. | Civil Action No. 22-1564 (BAH)<br><br>Chief Judge Beryl A. Howell |

**DECLARATION OF RYAN B. ABBOTT, ESQ. IS SUPPORT OF
MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, Ryan Benjamin Abbott, Esq., hereby declare:

1. My name, office address, and telephone number are as follows:

Ryan B. Abbott, Esq.
Brown Neri Smith & Khan, LLP
11601 Wilshire Boulevard, #2080
Los Angeles, CA 90025
Tel: (310) 593-9890

2. I have been admitted to the following bars:

California State Bar
New York State Bar

3. I am currently in good standing with all states, courts, and bars in which I am admitted. I have not been disciplined by any bar at any time.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California, this 11th day of November 2022.

Dated this 11th day of November 2022.                Respectfully submitted,

                                                                            _____
                                                                            Ryan Abbott, Esq.

**DECL. OF RYAN B. ABBOTT, ESQ. IN SUPPORT OF**
**MOT. FOR ADMISSION OF ATTORNEY *PRO HAC VICE*     2**