IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WASHINGTON D.C.

| | |
|---|---|
| STEPHEN THALER,<br><br>                    Plaintiff,<br><br>v.<br><br>SHIRA PERLMUTTER, Register of Copyrights and Director of the United States Copyright Office, et al.,<br><br>                    Defendants. | Civil Action No. 22-1564 (BAH)<br><br>Chief Judge Beryl A. Howell |

**[PLAINTIFF'S PROPOSED] ORDER GRANTING
MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

The Court has reviewed the Plaintiffs' motion for admission of attorney Ryan B. Abbott's *pro hac vice*. Upon consideration of that motion, the Court grants attorney Ryan B. Abbott *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____                    _____
                                       United States District Judge