AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| STEPHEN THALER | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-01564-BAH |
| SHIRA PERLMUTTER | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STEPHEN THALER, an individual.

Date: 01/10/2023

/s/ Ryan B. Abbott
*Attorney's signature*

Ryan B. Abbott
*Printed name and bar number*
11601 Wilshire Boulevard, Suite 2080
Los Angeles, CA 90025

*Address*

ryan@bnsklaw.com
*E-mail address*

(310) 699-4431
*Telephone number*

(310) 593-9980
*FAX number*