IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON D.C.

| | |
|---|---|
| Stephen Thaler, an individual<br><br>   *Plaintiff*,<br><br> v.<br><br>Shira Perlmutter, in her official capacity as Register of Copyrights and Director of the United States Copyright Office; and The United States Copyright Office;<br><br>   *Defendants*. | Case No. 1:22-cv-01546-BAH<br><br>**[PROPOSED] ORDER** |

## [PROPOSED] ORDER

Upon consideration of the Motion for Summary Judgment made by Plaintiff Stephen Thaler, all supporting documents, any opposition to, and the entire record herein, it is hereby

ORDERED that The Plaintiff's Motion for Summary Judgment is **GRANTED**; and it is

FURTHER ORDERED The Defendant United States Copyright Office shall register the Copyright in the artwork entitled "A Recent Entrance to Paradise," as applied for by Stephen Thaler.

**IT IS ORDERED.**

Date:_____, 2023

                   _____
                   UNITED STATES DISTRICT COURT JUDGE

1