IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WASHINGTON D.C.

| | |
|---|---|
| STEPHEN THALER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SHIRA PERLMUTTER, in her official capacity as Register of Copyrights and Director of the United States Copyright Office; and THE UNITED STATES COPYRIGHT OFFICE,<br><br>Defendants. | 1:22-CV-01564-BAH |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE THEIR REPLY IN SUPPORT OF THEIR CROSS-MOTION FOR SUMMARY JUDGMENT OUT OF TIME**

Defendants, Shira Perlmutter, in her official capacity as Register of Copyrights and Director of the United States Copyright Office, and the United States Copyright Office, respectfully request leave to file their Reply in Support of their Cross-Motion for Summary Judgment (Reply) out of time. Defendants' Reply was due on April 4, 2023. Defendants inadvertently did not file their Reply on April 4, 2023. Defendants' Reply was filed on April 5, 2023. *See* Dkt. 21. On April 5, 2023, Defendants' counsel conferred with Plaintiff's counsel who stated Plaintiff does not oppose.

Defendants respectfully request that the Court grant their Motion to file their Reply in Support of their Cross-Motion for Summary Judgment out of time and accept the filed Reply.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

| | |
|---|---|
| Of Counsel:<br>SCOTT BOLDEN<br>Deputy Director | GARY L. HAUSKEN<br>Director |
| | /s/ Jenna Munnelly<br>JENNA MUNNELLY<br>Trial Attorney |
| SUZANNE V. WILSON<br>General Counsel and<br>Associate Register of Copyrights | Civil Division<br>U.S. Dept. of Justice<br>Washington, DC 20530 |
| EMILY CHAPUIS<br>Deputy General Counsel | Tel: (202) 616-1061<br>E-mail:  jenna.e.munnelly@usdoj.gov |
| MARK T. GRAY<br>Assistant General Counsel | *Counsel for Defendants* |
| JOHN R. RILEY<br>Assistant General Counsel | |
| JORDANA RUBEL<br>Assistant General Counsel | |
| HEATHER L. WALTERS<br>Attorney | |
| U.S. COPYRIGHT OFFICE | |

Dated:  April 5, 2023