UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEPHEN THALER,

           Plaintiff,

    v.

SHIRA PERLMUTTER, *Register of Copyrights and Director of the United States Copyright Office*, et al.

           Defendants.

Civil Action No. 22-1564 (BAH)

Judge Beryl A. Howell

## ORDER

Upon consideration of plaintiff Stephen Thaler's Motion for Summary Judgment, ECF No. 16, defendants Shira Perlmutter's and the United States Copyright Office's Cross-Motion for Summary Judgment, ECF No. 17, the legal memoranda submitted in support and in opposition, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby—

**ORDERED** that, plaintiff's Motion for Summary Judgment, ECF No. 16, is **DENIED**; it is further

**ORDERED** that defendants' Cross-Motion for Summary Judgment, ECF No. 17, is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court is directed to close this case.

**SO ORDERED.**

*This is a final and appealable Order.*

Date: August 18, 2023

                                                                      **BERYL A. HOWELL**
                                                                      United States District Judge