UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEPHEN THALER                                   Civil Action No. 22-1564 (BAH)
                Plaintiff

                vs.

SHIRA PERLMUTTER, Register of Copyrights and
Director of the United States Copyright Office, et al.
                Defendant

# NOTICE OF APPEAL

Notice is hereby given this 11th day of October 2023, that Plaintiff Stephen Thaler hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 18th day of August, 2023, in favor of Defendants Shira Perlmutter's and the United States Copyright Office 's Cross-Motion for Summary Judgment (ECF No. 17) against Plaintiff Stephen Thaler, and the order denying Plaintiff Stephen Thaler's Motion for Summary Judgement (ECF No. 16) against Defendants Shira Perlmutter and the United States Copyright Office.

/s/ Ryan Abbott, Attorney for Plaintiff Stephen Thaler
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**        Please mail copies of the above Notice of Appeal to the following at the addresses indicated: