# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-5233**                    **September Term, 2024**

**1:22-cv-01564-BAH**

**Filed On: May 20, 2025** [2116652]

Stephen Thaler, an individual,

    Appellant

    v.

Shira Perlmutter, in her official capacity as Register of Copyrights and Director of the United States Copyright Office and U.S. Copyright Office,

    Appellees

### M A N D A T E

In accordance with the judgment of March 18, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                  **FOR THE COURT:**
                                  Clifton B. Cislak, Clerk

                         BY:     /s/
                                  Daniel J. Reidy
                                  Deputy Clerk

Link to the judgment filed March 18, 2025